NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNING OPTICAL COMMUNICATIONS LLC,**
*Appellant*

**v.**

**PANDUIT CORP.,**
*Appellee*

---

2019-1248, 2019-1250

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01073, IPR2017-01074.

---

## JUDGMENT

---

JOHN C. O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for appellant.  Also represented by HANNAH LAUREN BEDARD, JASON M. WILCOX; ERIC DAVID HAYES, Chicago, IL.

JOHN J. MOLENDA, Steptoe & Johnson, LLP, New York, NY, argued for appellee.  Also represented by ROBERT GREENFELD; KELLY J. EBERSPECHER, DANIEL STEVEN STRINGFIELD, Chicago, IL; KATHERINE DOROTHY CAPPAERT, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2019  /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
        Clerk of Court